UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| v. | Case No. |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____
[Party or Parties][1]

_____

_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


| _____ | _____ |
| Name of Counsel | Name of Counsel |
| _____ | _____ |
| Signature of Counsel | Signature of Counsel |
| _____ | _____ |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| _____ | _____ |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

**Christopher Tod St. John, John M. Canedy, Candice Kasperson as Assistant Chief Counsel for DHS, and Fizza Davwa, previous counsel for Appellee Alfredo (Dayana) Munoz-Ramirez in bond proceedings before EOIR**

There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

_____
Date

_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

On _____ I sent a copy of this Entry of Appearance
   [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                            [state method of service]

_____
Date

_____
Signature